UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   **CV 23-3016-MWF(JPRx)**                                      Date: September 19, 2023

Title   **Robert Lotto v. Capital One Bank USA, N.A., et al.**

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

On July 25, 2023, Plaintiff and Defendant Equifax Information Services, LLC ("Equifax") stipulated to an extension of time for Defendant to respond to the Complaint. The Court granted the parties' Stipulation and ordered Defendant Equifax to respond to the Complaint no later than August 26, 2023. (Docket Nos. 23 and 24). As of September 18, 2023, Equifax has not responded to the Complaint.

On August 21, 2023, Plaintiff filed a Notice of Settlement as to Defendant Experian Information Solutions, Inc. ("Experian"). (Docket No. 26).

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **OCTOBER 6, 2023**.

- By Defendant Equifax: Response to the Complaint.

    *OR*

- By Plaintiff: An Application to Clerk to Enter Default as to Defendant Equifax.

    *AND*

- By Plaintiff: A stipulated dismissal as to Defendant Experian.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 23-3016-MWF(JPRx)**                               Date:  September 19, 2023

Title            **Robert Lotto v. Capital One Bank USA, N.A., et al.**

     No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.

     IT IS SO ORDERED.

     Initials of Preparer:  RS/sjm